GUSTAV LEWIS, PLAINTIFF IN ERROR, v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT IN ERROR.

Argued June 24, 1904—Decided January 20, 1905.

On error to the Supreme Court.

For the plaintiff in error, *Guild, Lum & Tamblyn.*

For the defendant in error, *Vredenburgh, Wall & Van Winkle.*

PER CURIAM.

The judgment in this case must be affirmed, on the grounds stated in the opinion of Mr. Justice Swayze in the Supreme Court, reported in 41 *Vroom* 132.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, FORT, VROOM, GREEN, GRAY. 7.

*For reversal*—PITNEY, BOGERT. 2.